

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2019

No. 04-19-00150-CV

**IN RE** Andrea **PEREZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                  Irene Rios, Justice
                  Liza A. Rodriguez, Justice

On March 14, 2019, relator filed a pro se petition for writ of mandamus. Relator also filed an emergency motion for stay of a writ of possession. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for a stay is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on March 15, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CV-0246, styled *Andrea Perez v. Santos Sparkmam*, pending in the County Court At Law No 1, Guadalupe County, Texas.